```
        UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0046--CV (JKS)
                        "USA V ANICE WILLIAMS"

          Including terminated parties, excluding terminated counsel


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 03/04/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (510) Vacate sentence (2255)

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:
```

Parties of Record:                          Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA        United States Attorney
                                                 222 W. 7th Avenue, #9
                                                 Anchorage, AK 99513
                                                 907-271-5071

DEF 1.1          WILLIAMS, ANICE                 Anice Williams
                                                 Pro Per: 14356-006
                                                 Federal Medical Center -Carswell
                                                 POB 27137
                                                 Fort Worth, TX 76127

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0046--CV (JKS)
                     "USA V ANICE WILLIAMS"

                        For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/04/05
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (510) Vacate sentence (2255)

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  1 | 03/04/05 | Notation: ALL FURTHER FILINGS ARE TO BE INTO A010-126CR(JKS). |