IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:01-cr-00126-JKS-JDR |
| vs. | Case No. A05-0046 CV (JKS) |
| ANICE WILLIAMS, | **JUDGMENT** |
| Defendant. | |

___  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion to vacate sentence under 28 U.S.C. § 2255 is **DENIED**.

APPROVED:

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

January 30, 2006                                      IDA ROMACK
      Date                                                    Clerk

                                                           (By) Deputy Clerk